IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. JAMES DAWSON | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 08-7 |
| | : | |
| MR. FREDERICK HARRAN, Individually | : | |
| and in His Official Capacity as Bensalem | : | |
| Township Director of Public Safety, MR. | : | |
| STEVEN MORAN, Individually and in His | : | |
| Capacity as FMR. Director of Public Safety, | : | |
| BENSALEM TOWNSHIP | : | |
| Defendants. | : | |

FILED
AUG 7 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

## O R D E R

**AND NOW**, this 6th day of August, 2009, upon consideration of defendants' Motion for Summary Judgment (Document No. 22, filed October 24, 2008), Plaintiff, James Dawson's Response in Opposition to Defendants' Fed. R. Civ. P. Rule 56 Motion for Summary Judgment (Document No. 23, filed November 7, 2008); and defendants' Reply Brief in Support of Defendants' Motion for Summary Judgment (Document No. 24, filed November 12, 2008), for the reasons set forth in the attached Memorandum, **IT IS ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED** and **JUDGMENT IS ENTERED** in **FAVOR** of defendants, Bensalem Township, Mr. Frederick Harran, and Mr. Steven Moran, and **AGAINST** plaintiff, Mr. James Dawson.

BY THE COURT:

/s/ Honorable Jan E. DuBois
JAN E. DUBOIS, J.